## LANKFORD *v.* POPE *et al.*

DUCKWORTH, Chief Justice. On a former appearance (*Lankford* v. *Pope,* 206 *Ga.* 430 (57 S. E. 2d, 538)), in reviewing a ruling made on demurrer to the petition to recover land, it was held that the deed relied upon by the petitioner contained a key that, if aided by extrinsic evidence, might supply a legal description. That key was held by us to be "said piece of land designated by stakes, containing ½ acre." Upon the trial considerable testimony was introduced, but none of it even mentioned a lot designated by stakes as described in the deed upon which the suit was predicated, and a nonsuit was granted. The exception to that order is without merit. See *Blumberg* v. *Nathan,* 190 *Ga.* 64 (8 S. E. 2d, 374).

*Judgment affirmed. All the Justices concur.*

No. 17181. JULY 11, 1950. REHEARING DENIED JULY 24, 1950.

*W. C. Lankford* and *Grantham & Smith,* for plaintiff.
*Sapp & Ewing,* for defendants.